

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 15, 2018**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TENET CONCEPTS, LLC | ) | Case No. 18-40270-rfn-11 |
| | ) | |
| Debtor. | ) | Chapter 11 Case |
| | ) | |
| | ) | |

**ORDER TEMPORARILY DENYING JEFFREY LINES' AMENDED MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND SETTING STATUS CONFERENCE**

On May 8, 2018, the Court held a hearing on _Jeffrey Lines' Amended Motion for Limited Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)_ (the "Motion")[Docket # 58]. The Motion sought relief from the automatic stay to proceed with litigation pending in the United States District Court for the Western District of Texas, Austin Division, as _Jeffrey Lines, individually and on behalf of all others similarly situated v. Amazon.com, Inc. and Tenet Concepts, LLC,_ Case No. 1:17-cv-00072-LY (the "District Court Action"). After considering the Motion, the Debtor's response, the evidence and the arguments of counsel, and for the reasons stated on the record

from the bench at the hearing, and whereas the deadline for filing claims is Thursday, June 7, 2018, the Court is of the opinion that the Motion should be, and hereby is, **TEMPORARILY DENIED**.  It is further:

ORDERED that, to the extent Lines contends in the District Court Action that Amazon.com, Inc. is an employer of Jeffrey Lines under the Fair Labor Standards Act, that issue is not subject to the automatic stay imposed by 11 U.S.C. § 362; and it is further

ORDERED that all other claims in the District Court Action against Amazon.com, Inc. and/or Tenet Concepts, LLC are subject to the automatic stay imposed by 11 U.S.C. § 362; and it is further

ORDERED that the automatic stay is not lifted or modified by this Order; and it is further

ORDERED that the parties or their counsel appear for a status conference on the Motion on June 11, 2018 at 1:30 p.m.

### ###End of Order###

Agreed as to form:

/s/ *Laurie Dahl Rea*
J. Robert Forshey
Laurie Dahl Rea
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX  76102
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
COUNSEL FOR TENET CONCEPTS, LLC


/s/ *Holt M. Lackey*
Jay D. Ellwanger
Holt Major Lackey
Ellwanger Law LLLP
8310-1 N. Capital of Texas Hwy., Suite 190
Austin, Texas 78731
jellwanger@equalrights.law
hlackey@equalrights.law
COUNSEL FOR JEFFREY LINES