Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
Holt Major Lackey
Texas State Bar No. 24047763
hlackey@equalrights.law
**Ellwanger Law LLLP**
8310-1 N. Capital of Texas Hwy., Suite 190
Austin, Texas 78731
(737) 808-2262 (phone)
(737) 808-2260 (fax)

ATTORNEYS FOR JEFFREY LINES, WILLIE MUKES, AND THOSE SIMILARLY SITUATED

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TENET CONCEPTS, LLC, | ) | Case No. 18-40270-elm11 |
| | ) | |
| Debtor. | ) | Chapter 11 Case |
| | ) | |

## WITHDRAWAL OF NOTICE OF APPEAL

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Jeffrey Lines and Willie Mukes, on behalf of themselves and others similarly situated, by and through their undersigned counsel, hereby withdraw with prejudice the *Notice of Appeal* filed on June 3, 2019 [Dkt No. 281].

Dated: June 25, 2019.

Respectfully submitted,

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
Holt Major Lackey
Texas State Bar No. 24047763
hlackey@equalrights.law
**Ellwanger Law LLLP**
8310-1 N. Capital of Texas Hwy., Suite 190
Austin, Texas 78731

        (737) 808-2262 (phone)
        (737) 808-2260 (fax)

        ATTORNEYS FOR JEFFREY LINES, WILLIE MUKES, AND THOSE SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served upon the parties via ECF Electronic Notice on June 25, 2019.

        /s/ Jay D. Ellwanger
        Jay D. Ellwanger