J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com

ATTORNEYS FOR TENET
CONCEPTS, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TENET CONCEPTS, LLC, | ) | Case No. 18-40270-elm-11 |
| | ) | |
| Reorganized Debtor. | ) | Chapter 11 Case |
| | ) | |
| | ) | |

**MOTION FOR FINAL DECREE PURSUANT TO SECTION 350
OF THE BANKRUPTCY CODE AND RULE 3022 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE
(INCLUDING POST-CONFIRMATION REPORT)**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH STREET, ROOM 147, FORT WORTH, TEXAS 76102-3643 BEFORE CLOSE OF BUSINESS ON SEPTEMBER 11, 2019, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**A HEARING ON THIS MATTER HAS BEEN SCHEDULED FOR SEPTEMBER 18, 2019 AT 1:30 P.M., BUT MAY BE REMOVED FROM THE COURT'S DOCKET IF NO TIMELY OBJECTIONS ARE FILED.**

Tenet Concepts, LLC, the reorganized debtor (the "Debtor" or "Tenet"), files this motion (the "Motion") pursuant to section 350 of the Bankruptcy Code and Bankruptcy Rule 3022 to request that this case be closed pursuant to the Final Decree substantially in the form attached hereto as **Exhibit A** (the "Final Decree").  The Motion includes the post-confirmation report required by Local Bankruptcy Rule 3022-1.  In support thereof, the Debtor respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## PROCEDURAL BACKGROUND

2. On January 25, 2019, the Debtor filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.

3. The *Amended Plan of Reorganization for Tenet Concepts, LLC* [Docket No. 272] (the "Plan") was confirmed pursuant to an Order entered May 31, 2019 (the "Confirmation Order").  The Plan became effective June 17, 2019 (the "Effective Date").  See, Docket No. 288.

4. The Plan has been substantially consummated.  The Debtor anticipates that all pending matters will be resolved prior to entry of the Final Decree.

5. The Debtor has filed all required operating reports and is current on fees ("Trustee Fees") payable to the Office of the United States Trustee ("UST") in accordance with 28 U.S.C. § 1930.  The Debtor will continue to work with the UST to ensure that all remaining Trustee Fees are paid in a timely manner.

**RELIEF REQUESTED**

6. By this Motion, the Debtor seeks entry of the Final Decree substantially in the form attached hereto as **Exhibit A** to close this chapter 11 case, effective as of the date of entry.

**BASIS FOR RELIEF**

7. Section 350(a) of the Bankruptcy Code provides, "After an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Bankruptcy Rule 3022 implements section 350(a) of the Bankruptcy Code and provides, "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." FED. R. BANKR. P. 3022.

8. The Bankruptcy Code does not specify when an estate should be considered "fully administered." In making this determination, courts have looked to the Advisory Committee Note to Bankruptcy Rule 3022 (the "Advisory Note") for guidance. *In re Union Home and Indus., Inc.*, 375 B.R. 912, 916 (B.A.P. 10th Cir. 2007). The Advisory Note instructs courts to consider these factors in determining whether a case is fully administered:

(a) Whether the order confirming the plan has become final;

(b) Whether deposits required by the plan have been distributed;

(c) Whether the property proposed by the plan to be transferred has been transferred;

(d) Whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan;

(e) Whether payments under the plan have been commenced; and

(f) Whether all motions, contested matters, and adversary proceedings have been finally resolved.

FED. R. BANKR. P. 3022 advisory committee's note.

3

9.  Although courts should apply and weigh the factors set forth by the Advisory Note, the listed factors are not meant to be exclusive, nor are all factors mandatory. *In re Union Home Indus.*, 375 B.R. at 917 ("The factors listed in the Advisory Note are not considered exhaustive, nor must a party demonstrate all of the factors, before the court may find a case to be fully administered."); *Nat'l Union Fire Ins. Co. v. Eubanks*, No. 94-2757 Sec. "R", 1995 U.S. Dist. LEXIS 243, at *5 (E.D. La. Jan. 9, 1995). Rather, the six factors "merely serve as a guide in assisting the Court in its decision to close a case." *In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990). Courts are encouraged to consider the Advisory Note factors "to insure that there is no unfinished business before the Court or in the case." *In re Kliegl Bros. Universal Elec. Stage Lighting Co., Inc.*, 238 B.R. 531, 542 (Bankr. E.D.N.Y. 1999).

10. In this case, entry of the Final Decree is warranted at this time. The Confirmation Order is final and non-appealable. The Plan has been substantially consummated. All assets of the Debtor's estate have been vested in the reorganized Debtor. The reorganized Debtor is operating the Debtor's business. The reorganized Debtor has commenced making payments under the Plan. Further, all motions, claim objections, fee applications, other contested matters, and adversary proceedings either have been or are expected to be resolved prior to entry of the Final Decree.

11. Total compensation for the Debtor's professionals between the Petition Date and the Effective Date case has been or may be awarded in the following amounts: (a) Forshey & Prostok, LLP, counsel for the Debtor, $373,216.73; and (b) McDonald Sanders, P.C., special counsel for the Debtor, $134,091.60.

12. Accordingly, entry of the Final Decree is appropriate.

## CONCLUSION

WHEREFORE, based upon the foregoing, the Debtor respectfully requests that the Court grant the Motion, enter a Final Decree substantially in the form attached hereto as

4

**Exhibit A**, and grant such other and further relief as is just and proper.

Dated: August 21, 2019.                              Respectfully submitted,

                                             /s/ Laurie Dahl Rea
                                             J. Robert Forshey
                                             State Bar No. 07264200
                                             Laurie Dahl Rea
                                             State Bar No. 00796150
                                             FORSHEY & PROSTOK LLP
                                             777 Main St., Suite 1290
                                             Fort Worth, TX  76102
                                             Telephone: (817) 877-8855
                                             Facsimile: (817) 877-4151
                                             bforshey@forsheyprostok.com
                                             lrea@forsheyprostok.com

                                             ATTORNEYS FOR TENET CONCEPTS, LLC

## CERTIFICATE OF CONFERENCE

      I hereby certify that on August 20, 2019, I contacted Erin Schmidt, attorney for the U.S. Trustee, regarding this Motion.  Ms. Schmidt has indicated that the U.S. Trustee does not have a position of the entry of the Final Decree at this time.

                                             */s/ Laurie Dahl Rea*
                                             Laurie Dahl Rea

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document was served via ECF Electronic Notice, where available, and via first class mail on the parties listed on the attached service list on this 21st day of August, 2019.

                                             */s/ Laurie Dahl Rea*
                                             Laurie Dahl Rea

L:\BFORSHEY\Tenet Concepts, LLC (C11) #5927\Pleadings 18-40270-elm11\Motion for Final Decree.doc

# Exhibit A

# Proposed Final Decree

| | |
|---|---|
| In re: ) | |
| ) | |
| TENET CONCEPTS, LLC, ) | Case No. 18-40270-elm-11 |
| ) | |
| Reorganized Debtor. ) | Chapter 11 Case |
| ) | |
| ) | |

**FINAL DECREE CLOSING CHAPTER 11 CASE PURSUANT
TO SECTION 350 OF THE BANKRUPTCY CODE AND RULE 3022
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the Motion (the "Motion")[1] dated August 21, 2019, filed by Tenet Concepts, LLC (the "Debtor") for entry of a Final Decree closing this chapter 11 case [Docket No. ___]; and it appearing that this Court has jurisdiction to consider the motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion is proper in this district in accordance with 28 U.S.C. §§ 1408 and 1409; and it appearing that the Debtor's estate is fully administered as contemplated by section

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Motion.

350(a) of the Bankruptcy Code and by Bankruptcy Rule 3022; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtor's bankruptcy case is hereby closed; and it further

**ORDERED** that the Debtor shall pay all outstanding fees to the United States Trustee, if any, on or before their regular due date as established by the United States Trustee's procedures; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

### ### End of Order ###

L:\BFORSHEY\Tenet Concepts, LLC (C11) #5927\Pleadings 18-40270-elm11\Final Decree.docx

# Service List

**Service List-Plan Solicitation**
**Tenet Concepts, LLC**
**#5927**

Tenet Concepts, LLC
8200 Cameron Rd., Suite A198
Austin, TX 78754

United States Trustee
Erin Schmidt, Trial Attorney
1100 Commerce St., Room 976
Dallas, TX 75242

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Thomas C. Mauriello
1328 Calla Lily Blvd.
Leander, TX 78641

Brent E. Harris
PO Box 157
Goodrich, TX 77335-0157

Lloyd P. Jones, III
916 Cavalry Ride Trail
Austin, TX 78732

David Scott Cass
6041 Country South Lane
Midlothian, TX 76065

BSX Insurance
Cole Walters
3355 W. Alabama
Houston, TX 77098

Protective Insurance Company
Attn: Jeffrey A. Hunt, VP-Programs
111 Congressional Blvd., Suite 500
Carmel, IN 46032

IPFS Corporation
Attn: Rebecca Berlanga
PO Box 730223
Dallas, TX 75373-0223

IPFS Corporation
Attn: Robyn Provost
24722 Network Place
Chicago, IL 60673-1247

Littler Mendelson P.C.
PO Box 45547
San Francisco, CA 94145

McDonald Sanders, LLC
Attn: Russell Davenport
777 Main St., Suite 1300
Fort Worth, TX 76102

Vanbridge LLC
Attn: Mike Fitzsimmons
PO Box 416103
Boston, MA 02241-6103

The Hartford
Attn: Norma Richards
PO Box 660916
Dallas, TX 75266-0916

Advance business Capital, LLC
dba Triumph Business Capital
c/o Jared A. Ullman
Ullman & Ullman, P.A.
7700 West Camino Real, Suite 401
Boca Raton, FL 33433

Triumph Business Capital
c/o Dennis Olson
Olson Nicoud & Gueck, LLP
10440 N. Central Expwy., Suite 1100
Dallas, TX 75231

Accurate Background
7515 Irvine Center Drive
Irvine, CA 92619

ADP, LLC
400 W Covina Blvd.
San Dimas, CA 91773

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Austin Printer Repair
1019 W Rundberg Lane, Apt. A
Austin, TX 78758

Before and After Paint Inc.
13626 Ann Louise
Houston, TX 77086

Blue Cross Blue Shield of Texas
PO Box 731428
Dallas, TX 75373-1428

C-Net Technologies
3513 SW H.K. Dodgen Loop, Suite 204
Temple, TX 76502

California Secretary of State
PO Box 944228
Sacramento, CA 94244-2280

California Secretary of State
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Chase Bank
PO Box 15123
Wilmington, DE 19850–5123

Clear Company HRM
PO Box 419189
Boston, MA 02241-9189

| | | |
|---|---|---|
| Comptroller of Public Accounts<br>111 E. 17th St.<br>Austin, TX 78774-0100 | Concentra Occupational Health Center<br>PO Box 488<br>Lombard, IL 60148-0488 | Concentra Occupational Health Center<br>PO Box 9005<br>Addison, TX 75001-9005 |
| Contigo Technology LLC<br>8127 Mesa Dr., Suite B206-122<br>Austin, TX 78759 | Cooper CPA Group, PC<br>15050 Fairfield Village Dr., Suite 130<br>Cypress, TX 77433 | Dental Select<br>PO Box 301680<br>Dallas, TX 75303-1680 |
| Enterprise Fleet Management<br>PO Box 80089<br>Kansas City, MO 64180-0089 | Enterprise Rent-A-Car/Enterprise Holdings<br>Damage Recovery Unit<br>PO Box 843369<br>Kansas City, MO 64184-3369 | FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 |
| First Insurance of CA Funding<br>450 Skokie Blvd., Suite 1000<br>Northbrook, IL 60062-7917 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 | Illinois Dept. of Revenue<br>PO Box 19006<br>Chicago, IL 62794-9006 |
| Infinisource, Inc.<br>Attn: Finance Dept.<br>PO Box 889<br>Coldwater, MI 49036 | Made Affordable Pressure Washing<br>Attn: Terrence Dillard<br>16114 Bowridge Lane<br>Houston, TX 77053 | Metropolitan Property & Casualty<br>PO Box 783861<br>Philadelphia, PA 19178-3861 |
| Molano's Hand Wash<br>11019 Shadowfield<br>Houston, TX 77064 | Picone & Associates Inc.<br>439 Main St., #5<br>Islip, NY 11751 | Poster Compliance Center<br>3687 Mt. Diablo Blvd., Suite 100a<br>Lafayette, CA 94549 |
| Principle Distribution, LLC<br>8200 Cameron Rd., Suite A198<br>Austin, TX 78754 | Regions Bank<br>3017 W. 7th St., Suite 410<br>Fort Worth, TX 76107 | Regus - Newark<br>39899 Balentine Dr., Suite 200<br>Newark, CA 94560 |
| Regus – Chicago<br>350 Northwest Hwy., Suite 300<br>Park Ridge, IL 60068 | Regus – Houston<br>13201 NW Frwy., Suite 800<br>Houston, TX 77040 | Regus – San Antonio<br>1100 NW Loop 410, Suite 700<br>San Antonio TX 78213 |
| Scopelitis<br>Garvin Light Hanson & Feary<br>10 West Market St., Suite 1500<br>Indianapolis, IN 46204 | ~~Stuco Pros LLC~~<br>~~4544 Prospect Dr.~~<br>~~House Springs, MO 63051~~ | Sunrise Identity<br>28250 Network Place<br>Chicago, IL 60673-1283 |
| Texas Mutual Insurance Company<br>PO Box 841843<br>Dallas, TX 75284-1843 | Travelers CL Remittance Center<br>PO Box 660317<br>Dallas, TX 75266-0317 | United Fire Group<br>PO Box 3244<br>Cedar Rapids, IA 52406-3244 |

Wageworks Inc.
f/k/a Conexis
PO Box 8363
Pasadena, CA 91109-8363

Illinois Dept. of Revenue
PO Box 19006
Chicago, IL 62794-9006

WEX Bank
fka Wright Express Fin. Svs. Corp.
PO Box 6293
Carol Stream, IL 60197-6293

Jeffrey Lines
c/o Jay D. Ellwanger/Holt Major Lackey
Ellwanger Law LLLP
8310-1 N. Capital of Texas Hwy., Suite 190
Austin, TX 78731

IPFS Corporation
Attn: Lisa Chandler
30 Montgomery St., Suite 1000
Jersey City, NJ 07302

EAN Services, LLC
dba Enterprise Rent A Car & National Car
14002 E. 21st St., Suite 1500
Tulsa, OK 74134

Amazon Prime Now Delivery Drivers
8310-1 N. Capital of Texas Highway
Suite 190
Austin, TX 78731

Amazon Logistics, Inc.
c/o Darren G. Gibson/Salvador Davila
Littler Mendelson, PC
100 Congress Avenue, Suite 1400
Austin, TX 78701

Stephanie Easter
c/o Sarah R. Schalman-Bergen
Berger Montague
1818 Market St., Suite 3600
Philadelphia, PA 19103

Chen Xu
c/o William David Turley
The Turley Law Firm, APLC
7428 Trade St.
San Diego, CA 92121

Jeffrey Lines
c/o Robert Valli, Jr./S. Kane/James Vagnini
Valli Kane & Vagnini, LLP
600 Old Country Rd., Suite 519
Garden City, NY 11530

Willie J. Mukes
c/o Joe Micah Williams
The Law Offices of Joe M. Williams
8866 Gulf Freeway, Suite 384
Houston, TX 77019

Willie J. Mukes
c/o John Bruster Loyd
Law Office of Jones, Gillaspia & Loyd LLP
4400 Post Oak Parkway, Suite 2360
Houston, TX 77027

Texas Mutual Insurance Co.
6210 E. Highway 290
Austin, TX 78723

Travis Hawks
c/o Keating Law offices, PC
111 West Washington St., Suite 1631
Chicago, IL 60602

EAN Services, LLC
c/o Scott R. Larson
Bell Nunnally
3232 McKinney Ave., Suite 1400
Dallas, TX 75204

Jeffrey Lines
c/o David W. Henderson
Ellwanger Law LLLP
8310-1 N. Capital of Texas Hwy, Suite 190
Austin, TX 78731

IPFS Corporation
c/o Stephanie Tolson
McGlinchey Stafford, PLLC
1001 McKinney St. #1500
Houston, TX 77002

Enterprise Holdings
600 Corporate Park Dr.
St. Louis, MO 63105

Triumph Business Capital
701 Canton Dr., Suite 100
Coppell, TX 75019

Commerce Bank
PO Box 414084
Kansas City, MO 64141-4084

Texas Comptroller of Public Accounts
c/o Courtney Hull/Sherri Simpson
Attorney General's Office
Bankruptcy & Collections Div.
PO Box 12548
Austin, TX 78711-2548

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Amazon Logistics, Inc.
Attn: General Counsel
410 Terry Avenue North
Seattle, WA 98109-5210

C.M., a minor child
c/o Paul Wolf
Mitchell Hoffman & Wolf
221 North LaSalle St.
Chicago, IL 60601

Aon Affinity Insurance Services, Inc.
Attn: Dolores McGinty
1100 Virginia Dr., Suite 250
Fort Washington, PA 19034