

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**Signed October 2, 2019**                                                                 **United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| TENET CONCEPTS, LLC, | )    Case No. 18-40270-elm-11 |
| | ) |
| Reorganized Debtor. | )    Chapter 11 Case |
| | ) |

**FINAL DECREE CLOSING CHAPTER 11 CASE PURSUANT
TO SECTION 350 OF THE BANKRUPTCY CODE AND RULE 3022
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the Motion (the "Motion")[1] dated August 21, 2019, filed by Tenet Concepts, LLC (the "Debtor") for entry of a Final Decree closing this chapter 11 case [Docket No. 316]; and it appearing that this Court has jurisdiction to consider the motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion is proper in this district in accordance with 28 U.S.C. §§ 1408 and

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Motion.

1409; and it appearing that the Debtor's estate is being administered as contemplated by section 350(a) of the Bankruptcy Code and by Bankruptcy Rule 3022; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtor's bankruptcy case is hereby closed; and it further

**ORDERED** that the Debtor shall pay all outstanding fees to the United States Trustee, if any, on or before their regular due date as established by the United States Trustee's procedures; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

### ### End of Order ###

L:\BFORSHEY\Tenet Concepts, LLC (C11) #5927\Pleadings 18-40270-elm11\Final Decree.docx